# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jacob Dagit

                        Plaintiff,

v.                                                    Case No.: 1:23−cv−02238
                                                    Honorable Mary M. Rowland

R. A. Ayala, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Defendants' motion for leave to file excess pages [27] is granted. Defendants shall file a brief no more than 18 pages. Plaintiff's response also not to exceed 18 pages. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.