**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JACOB DAGIT, | |
| Plaintiff, | Case No. 1:23-cv-02238 |
| v. | Judge Mary M. Rowland |
| CHICAGO POLICE OFFICERS R.A. AYALA (#19896) AND NEBOJSA DJURDJEVIC (#9338), SUPERINTENDENT DAVID BROWN, and CITY OF CHICAGO, | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

**AGREED ORDER
FOR DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

THIS MATTER coming to be heard by agreement of Defendants, the City of Chicago, former Superintendent David Brown, and Chicago Police Officers R.A. Ayala (#19896) and Nebojsa Djurdjevic (#9338) (collectively "Defendants"), and Plaintiff Jacob Dagit ("Plaintiff"), (and together with Defendants, "the Parties"), the Parties having reached an agreement on Defendants' Answers to Plaintiff's Amended Complaint, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

1.      In an effort to avoid further motion practice in the form of motions to strike certain allegations in Plaintiff's Amended Complaint, the Parties agree that any answers Defendants may file in this case will follow the model of what Chief Judge Pallmeyer ordered in *Cosby v. Rodriguez, et al.*, (Case No. 23-cv-2236). Specifically, Defendants agree that they will forgo filing a motion to strike Plaintiff's Amended Complaint in this case, and Plaintiff agrees that Defendants

shall be excused from answering Paragraphs 40, 41, 57-64, and 67-103, of the Amended Complaint which Plaintiff will not use against Defendants in the future.

**ENTERED:**

February 29, 2024
_____
Date

_____
Honorable Judge Mary M. Rowland
Northern District of Illinois Eastern Division