**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Jacob Dagit, ) | |
| ) | Case No: 2023 C 2238 |
| Plaintiff, ) | |
| v. ) | Judge: Mary M. Rowland |
| ) | |
| Chicago Police Officers R.A. Ayala (#19896), ) | |
| Nebojsa Djurdjevic (#9338), Superintendent ) | |
| David Brown, and City of Chicago, ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Dated: October 23, 2024

Respectfully submitted,

By: /s/ *Ben H. Elson*

Sheila A. Bedi
sheila.bedi@law.northwestern.edu
Vanessa Del Valle
vanessa.delvalle@law.northwestern.edu
NORTHWESTERN PRITZKER SCHOOL OF LAW
COMMUNITY JUSTICE & CIVIL RIGHTS CLINIC
375 E. Chicago Ave., 8th Fl.
Chicago, IL 60611
Telephone: (312) 503-8576

Jonathan M. Manes
jonathan.manes@macarthurjustice.org
RODERICK MACARTHUR JUSTICE CENTER
160 E. Grand Ave., 6th Floor
Chicago, IL 60611
Telephone: (312) 503-0012

Brad Thompson
brad@peopleslawoffice.com
Ben H. Elson
ben@peopleslawoffice.com
Hakeem Malik Muhammad
hakeemmuhammad@peopleslawoffice.com
Janine L. Hoft
janinehoft@peopleslawoffice.com
Nora P. Snyder
norasnyder@peopleslawoffice.com
Janis M. Susler
jsusler@peopleslawoffice.com
Tayleece Paul
tayleece@peopleslawoffice.com
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60642
Telephone: (773) 235-0070

*Counsel for Plaintiff Jacob Dagit*

By: /s/ *Elizabeth E. Babbitt*
Special Assistant Corporation Counsel

Allan T. Slagel aslagel@taftlaw.com
Elizabeth E. Babbitt ebabbitt@taftlaw.com
T. Hudson Cross, IV hcross@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Dr., Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000

Anton Christopher Brown cbrown@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 S. Eighth St.
Minneapolis, MN 55402
Telephone: (612) 977 8400

*Counsel for Defendants City of Chicago and Superintendent David Brown*

By: /s/ *Whitney N. Hutchinson*
Special Assistant Corporation Counsel

Timothy P. Scahill tscahill@borkanscahill.com
Steven B. Borkan sborkan@borkanscahill.com
Whitney N. Hutchinson whutchinson@borkanscahill.com
Graham P. Miller gmiller@borkanscahill.com
Hilary Jabs hjabs@borkanscahill.com
BORKAN & SCAHILL, LTD
20 S. Clark St., Suite 1700
Chicago, IL 60603
Telephone: (312) 580-1030

*Counsel for Defendant Officers R.A. Ayala and Nebojsa Djurdjevic*