## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Jacob Dagit

                Plaintiff,

v.

                                        Case No.: 1:23–cv–02238
                                        Honorable Mary M. Rowland

R. A. Ayala, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 25, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Plaintiff's notice of voluntary dismissal [45]. The case is dismissed without prejudice. This dismissal will convert toa dismissal with prejudice on 1/9/25 unless either party moves to extend that period. Each side to bear its own attorney fees and costs. All pending deadlines are stricken. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.